IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROS CHOUN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv188-TMH |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On June 9, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama for all further proceedings.

Done this the 9th day of August, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE